UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: March 23, 2021

DONNA HEDGES

      **Plaintiff,**

-against-

GEMMA BY WPDIAMONDS LLC,

      **Defendant.**

**21-cv-982 (ALC)**

**ORDER OF DISCONTINUANCE**

**ANDREW L. CARTER, JR., United States District Judge:**

  It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

**SO ORDERED.**

Dated: March 23, 2021
    New York, New York

*/s/ Andrew L. Carter, Jr.*

      **ANDREW L. CARTER, JR.**
      **United States District Judge**